```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 27789
    JULIA MARIE WARD
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-3109
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/27/04 and confirmed on 10/05/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  15855.68 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED VEHIC | 9450.00 | 1187.60 | 9450.00 |
| ASSOCIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO TRIBUNE | UNSECURED | NOT FILED | .00 | .00 |
| DANBURY MINT | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST HEART CENTER | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 302.00 | .00 | 91.90 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 470.28 | .00 | 143.10 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1340.03 | .00 | 407.76 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 693.41 | .00 | 211.00 |
| PEDIATRIC FACULTY FOUNDA | UNSECURED | NOT FILED | .00 | .00 |
| SCOTT D BEALLIS DDS | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| 4 FRIENDS SCHOLASTIC | UNSECURED | NOT FILED | .00 | .00 |
| TIME LIFE | UNSECURED | NOT FILED | .00 | .00 |
| HEALTHCARE COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| WILL COUNTY HEALTH DEPT | UNSECURED | NOT FILED | .00 | .00 |
| THE CASH STORE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | UNSECURED | 2215.38 | .00 | 674.13 |
| AMERICASH LOANS | UNSECURED | 111.54 | .00 | 33.94 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9450.00 | .00 | 5132.64 | .00 | 14582.64 |

```
PRINCIPAL PAID            9450.00              .00        1561.83              .00        11011.83
INTEREST PAID             1187.60              .00            .00              .00         1187.60
TOTAL PAID               10637.60              .00        1561.83              .00        12199.43
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00 and was paid $    2700.00 .

The Trustee received $     700.57 .

Refunds to the Debtor totaled $     255.68 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/13/09                      /S/
                                         GLENN STEARNS
                                       CHAPTER 13 TRUSTEE